757-17

# ELECTRONIC RECORD

COA # 14-15-01059-CR

STYLE: Joseph Leonard Ellis v The State of Texas

COA DISPOSITION: Affirmed

DATE: June 20, 2017     Publish: No

OFFENSE: MISC

COUNTY: Harris

TRIAL COURT: 177th District Court

TC CASE #: 1474975

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Joseph Leonard Ellis v The State of Texas

_____PRO SE_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
____REFUSED____
DATE: SEPTEMBER 20, 2017
JUDGE: ____Per Curiam____

CCA # _____

CCA Disposition: 757-17
DATE: _____
JUDGE: _____
SIGNED: _____     PC: _____
PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**